AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Nathaniel Angelo Showers, a/k/a Blue | ) | Case No.  3:25-cr-08 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

*RECEIVED*
*UNITED STATES MARSHALS*
*JAN 10 2025*
*DISTRICT OF NORTH DAKOTA*

## ARREST WARRANT

To:    Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Nathaniel Angelo Showers, a/k/a Blue

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
Money Laundering Conspiracy
Possession with Intent to Distributed a Controlled Substance
Aiding and Abetting
Forfeiture Notice

Date:    01/08/2025

/s/ Pamela Bloomquist
*Issuing officer's signature*

City and state:    Fargo, ND

Pamela Bloomquist, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/10/25 , and the person was arrested on *(date)* 1/22/25 at *(city and state)* Fargo, ND |
| Date: 1/23/25 |

*Arresting officer's signature*

*Printed name and title*